IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR52 |
| vs. | ) | |
| MAEN CHUOL, | ) | ORDER |
| Defendant. | ) | |

Before the Court is defendant, Maen Chuol's Unopposed Motion to Continue Trial [65]. The undersigned magistrate judge finds the parties are working in good faith toward resolution of the case short of trial and that good cause therefore exists for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [65] is granted, as follows:

1. The jury trial, now set for November 6, 2023, is continued to **December 11, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 11, 2023** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:** November 3, 2023.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**